Leon Pottei, Appellee, v. Leroy Demanes, Appellant.
Gen. No. 10,285.

opinion filed July 7, 1949; rehearing denied

288

August 12, 1949; released for publication August 15, 1949. Thomas J. Welch and R. Sheridan Welch, for appellant; Vera M. Binks, of counsel; Julian P. Wilamoski, for appellee; James N. Cummings, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full.